IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLENE SOLIS, ANNA RICHWINE,
LORNA MALLYON, and LONNIE
CLAYTON, individually, and as class
representatives,

        Plaintiffs,                              2:07-MC-0130 GEB GGH

    vs.

SHERIFF LEROY D. BACA, et al.,

        Defendants.                             ORDER
_____/

        Presently before the court is plaintiffs' ex parte application for an order to show cause re: contempt, filed November 29, 2007. The court construes this filing as a motion to compel further production and/or appearance for deposition pursuant to subpoena. As such, the court will grant plaintiff's request for a hearing on shortened time.

        Accordingly, IT IS ORDERED that:

        1. The hearing on plaintiff's motion to compel, filed November 29, 2007, is scheduled for December 20, 2007 at 10:00 a.m. in courtroom #24;

        2. The Sacramento County Sheriff's Department shall file a response to the motion by December 18, 2007; and

        3. The Clerk of the Court shall serve the Sacramento Sheriff's Department with this order.

1

1  DATED: December 12, 2007

2                                                            /s/ Gregory G. Hollows

3                                                       _____
                                                        GREGORY G. HOLLOWS
                                                        U. S. MAGISTRATE JUDGE
4  GGH:076:~1113121.wpd